Brett H. Ramsaur, Bar No. 281566
RAMSAUR LAW OFFICE
27075 Cabot Road, Suite 110
Laguna Hills, CA 92653
Telephone:     949.200.9114
Facsimile:     949.222.3453
Email:         brett@ramsaurlaw.com

Attorneys for Creditor
Richard A. Marshack, Chapter 7 Trustee for the
bankruptcy estate of 29 Prime, Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>RUSSELL BENJAMIN WALLACE dba FLOAT EASY, dba STONE COUNSULTING, LLC<br><br>Chapter 7 Debtor | Case No: 8:21-bk-10423-ES<br><br>Chapter 7<br><br>**JOINT STATUS REPORT RE MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>**Date:** October 26, 2022<br>**Time:** 10:00 a.m.<br>**Place:** Courtroom 5C<br>411West Fourth Street<br>Santa Ana, CA |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE AND TO ALL PARTIES IN INTEREST:**

Jeffrey I. Golden, chapter 7 Trustee for the bankruptcy estate of Russell B. Wallace and Richard A. Marshack, Chapter 7 Trustee for the bankruptcy estate of 29 Prime, Inc., (collectively the "Parties") by and through their respective undersigned counsel, hereby submit the following joint status report on the pending Motion for Relief from the Automatic Stay (the "Motion") which is currently set for hearing on October 26, 2022.

The parties have, by stipulation and Court order, continued the hearing on the Motion from time to time to allow the parties to "globally" resolve the issues underlying this bankruptcy case, necessarily including the Motion and related items.  The parties have actively engaged in good faith negotiations.  To that end, two critical things have occurred that have moved this matter toward global resolution, namely that (1) the trustee has recently entered into an agreement

to sell the primary asset of the estate (i.e., the real property commonly known as 2155 Temple Hills Drive, Laguna Beach, CA) and (2) the parties are close to agreeing to settlement terms, which may be dependent upon the ultimate sale price of the Debtor's home.  The sale of the real property is likely to determine the amounts available for distribution to creditors and the Trustee expects to file a sale motion and overbid procedures motion in approximately 30-45 days after certain due diligence bench marks are met.

Against that backdrop, the parties respectfully request that the Court continue the hearing on the Motion to December 14, 2022, or a date convenient to the Court's calendar, and that the attendant motion deadlines be likewise continued in accordance with the Local Bankruptcy Rules based on the new hearing date.

Dated:  October 12, 2022          JEFFREY S. SHINBROT, APLC

By: _____
Jeffrey S. Shinbrot, General Insolvency
Counsel for Jeffrey I. Golden, Chapter 7
Trustee

Dated:  October 12, 2022          RAMSAUR LAW OFFICE

By:/s/ Brett H. Ramsaur_____
Brett Ramsaur
Attorneys for Richard A. Marshack,
Chapter 7 Trustee for the Bankruptcy Estate
of 29 Prime, Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
950 Pacific Avenue, Ste 1030, Tacoma, WA 98402

A true and correct copy of the foregoing document entitled (*specify*): **Joint Status Report re Motion for Relief from Automatic Stay** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 12, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Attorneys for Debtor and Defendant Russell Benjamin Wallace: **Andrew Edward Smyth**: office@smythlo.com
- Chapter 7 Trustee: **Jeffrey I Golden (TR)**: lwerner@wgllp.com; jig@trustesolutions.net; kadele@wgllp.com
- Attorneys for Chapter 7 Trustee and Plaintiff Jeffrey I Golden (TR): **Jeffrey S Shinbrot**: jeffrey@shinbrotfirm.com; sandra@shinbrotfirm.com
- Attorneys for Creditor and Plaintiff Richard A. Marshack: **Brett Ramsaur**: brett@ramsaurlaw.com
- Attorneys for Creditor Kevin Homaizad: **J.D. Cuzzolina**: info@cuzzlaw.com; jp@cuzzlaw.com
- Attorneys for Creditor Wilmington Savings Funds Society FSB, solely as Owner Trustee for BRAVO Residential Funding Trust 1021-NQMI: **Diane W Exnowski**: dane.exnowski@mccalla.com; bk.ca@mccalla.com; mccallaecf@ecf.courtdrive.com
- Attorneys for Creditor Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LP: **Arvind Nath Rawal**: arawal@aisinfo.com
- US Trustee's Office: ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Pursuant to Judge Clarkson's Courtroom Policies & Procedures, compliance with LBR 5005-2(d) is waived except for pleadings of 200 pages or more including exhibits.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/12/2022 | Alecia J. Rivas | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                      F 9013-3.1.PROOF.SERVICE